**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Leonard Zielen  
       Rosemarie M. Zielen aka Rosemarie Zielen aka Rosemarie Michelle Zielen  
       Debtor(s)

BK NO. 21-00227 RNO

Chapter 7

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2004-28CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-28CB and index same on the master mailing list.

                              Respectfully submitted,



/s/ Rebecca Solarz  
Rebecca Solarz  
18 Feb 2021, 17:03:52, EST

KML Law Group, P.C.  
BNY Mellon Independence Center  
701 Market Street, Suite 5000  
Philadelphia, PA 19106  
215-627-1322