Certificate Number: 01721-PAM-DE-035423873

Bankruptcy Case Number: 21-00227



01721-PAM-DE-035423873

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 3, 2021, at 7:57 o'clock PM EST, Leonard Zielen completed a course on personal financial management given by internet by Advantage Credit Counseling Service, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: March 4, 2021

By: /s/Sarah Chechak

Name: Sarah Chechak

Title: Counseling